IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harper, Keturah | Case Number: 08 B 18065 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 7/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,960.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 23,140.23 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 139.37 | 0.00 |
| 5. | Figi's Inc. | Unsecured | 14.14 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 70.16 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 56.10 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 71.41 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 114.00 | 0.00 |
| 10. | Merrick Bank | Unsecured | 44.57 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 12. | CCA | Unsecured | | No Claim Filed |
| 13. | Credit Management Co. | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Great American Finance Company | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 26,609.98 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harper, Keturah

Printed: 12/02/08

Case Number: 08 B 18065
Judge: Hollis, Pamela S
Filed: 7/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

